

U.S. DISTRICT COURT
EASTERN DISTRICT LA

2023 MAR 10 P 1:18

CAROL L. MICHEL
CLERK

# FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR THEFT OF GOVERNMENT FUNDS

## 23-00046

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| **v.** | * | **SECTION:** SECT. T MAG.5 |
| **MELISSA KING** | * | **VIOLATION:  18 U.S.C. § 641** |
| | * | |
| * | * | * |

The Grand Jury charges that:

### COUNT 1

Beginning in or around December 2016, and continuing until in or around March 2020, in the Eastern District of Louisiana and elsewhere, the defendant, **MELISSA KING ("KING")** did willfully and knowingly embezzle, steal, purloin, and convert to her use, money belonging to the United States and a department and agency thereof, namely, the Social Security Administration, to which she knew she was not entitled, when she utilized approximately $44,696.00 in Social Security Administration Retirement Survivor Insurance ("RSI") benefit funds, in violation of Title 18, United States Code, Section 641.

Fee____ USA
Process_____
X Dktd_____
___CtRmDep_____
___Doc.No._____

## NOTICE OF FORFEITURE

1.     The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.     As a result of the offense alleged in Count 1, the defendant, **MELISSA KING** (**"KING"**) shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said offense.

3.     If any of the above-described property, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third person;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code,

Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

MARIA M. CARBONI
Assistant United States Attorney

New Orleans, Louisiana
March 10, 2023

3

FORM OBD-34

No.

UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

THE UNITED STATES OF AMERICA

vs.

MELISSA KING

INDICTMENT FOR THEFT OF
GOVERNMENT FUNDS

VIOLATIONS:    18 U.S.C. § 641

Filed in open court this _____ _____ day of

2023. _____ _____ A.D.

_____ Clerk

Bail, $ _____

MARIA M. CARBONI
Assistant United States Attorney